# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| In re:<br><br>Roxana Huerzo,<br><br>    Debtor. | Bankruptcy Case No. 08-15933 |
| Discover Bank, Issuer of the Discover Card,<br><br>    Plaintiff,<br><br>v.<br><br>Roxana Huerzo,<br><br>    Defendant. | ADV. NO. 09- |

**COMPLAINT OBJECTING TO DISCHARGEABILITY OF INDEBTEDNESS
(11 U.S.C. § 523)**

COMES NOW Plaintiff, Discover Bank, Issuer of the Discover Card (Plaintiff), by and through its attorney of record, Lisa M. Shank, to allege and complain as follows:

### I. PARTIES AND JURISDICTION

1. Plaintiff is a national association and commercial banking institution entitled to bring this action.

2. Defendant filed a Chapter 7 bankruptcy petition in Case No. 08-15933 on 09/27/2008.

3. Jurisdiction is vested in this proceeding pursuant to 28 U.S.C. § 157, 28 U.S.C. § 1334, and 11 U.S.C. § 523.

4. This adversary proceeding is a core matter.

5. Plaintiff is a creditor in the above referenced Chapter 7 bankruptcy proceeding.

Lisa M. Shank, VSB #43192
Weinstein & Riley, P.S.
2001 Western Avenue, Suite 400
Seattle, WA 98121
(206) 269-3490
(206) 269-3493 facsimile
Attorney for Discover Bank, Issuer of the Discover Card

## II. CAUSE OF ACTION

6. Plaintiff re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 5, above.

7. Defendant has a charge account with Plaintiff under a charge account with Discover Bank, Issuer of the Discover Card, Account No. XXXXXXXXXXXX9747 ("Account").

8. Defendant incurred charges and cash advances on this account totaling $13,452.88, including interest, as of 09/27/2008, the date the bankruptcy petition was filed.

9. Between 07/14/2008 and 09/06/2008, the Defendant accumulated $6,457.00 in retail charges.

10. All charges to the account in the amount of $6,457.00 were made within the presumption period as defined by 11 U.S.C. § 523 (a)(2)(C).

11. Defendant's debt is a "consumer debt", as defined by 11 U.S.C.§ 101(8).

12. By obtaining and/or accepting an extension of credit from Plaintiff and incurring charges on the account, Defendant represented an intention to repay the amounts charged.

13. Plaintiff reasonably relied on the representations made by Defendant.

14. Defendant incurred the debts when Defendant had no ability or objective intent to repay them.

15. Defendant obtained credit extended from Plaintiff by false pretenses, false representations and/or actual fraud.

Lisa M. Shank, VSB #43192
Weinstein & Riley, P.S.
2001 Western Avenue, Suite 400
Seattle, WA 98121
(206) 269-3490
(206) 269-3493 facsimile
Attorney for Discover Bank, Issuer of the Discover Card

16. As a result of Defendant's conduct, Plaintiff has suffered damages in the amount of $6,457.00.

17. The foregoing actions of the Defendant are in violation of 11 U.S.C. §523(a)(2)(A) and Plainitff is entitled to a presumption of non-dischargeability pursuant to 11 U.S.C. § 523(a)(2)(C) of the charges in the account in the amount of $6,457.00.

18. The credit agreement between the Defendant and the Plaintiff provides that in the event of nonpayment and/or default, Plaintiff may recover its costs, attorneys' fees and interest.

### III. PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that this Court grant the following relief:

1. A monetary judgment against Defendant in the amount of $6,457.00, plus accrued interest at the contractual rate from and after 09/27/2008, plus additional interest at the contractual rate, which will continue to accrue until the date of judgment herein;

2. An order determining that such debt is non-dischargeable under 11 USC § 523(a)(2);

3. An order awarding Plaintiff its attorneys' fees and costs incurred herein; and

4. An order awarding Plaintiff such additional relief as this Court deems just and equitable.

Lisa M. Shank, VSB #43192
Weinstein & Riley, P.S.
2001 Western Avenue, Suite 400
Seattle, WA 98121
(206) 269-3490
(206) 269-3493 facsimile
Attorney for Discover Bank, Issuer of the Discover Card

DATED January 2, 2009.

Discover Bank, Issuer of the Discover Card
By Counsel

  /s/ Lisa M. Shank
Lisa M. Shank, VSB #43192
Weinstein & Riley, P.S.
2001 Western Avenue, Suite 400
Seattle, WA 98121
206-269-3490
206-269-3493 facsimile
lisas@w-legal.com

Lisa M. Shank, VSB #43192
Weinstein & Riley, P.S.
2001 Western Avenue, Suite 400
Seattle, WA 98121
(206) 269-3490
(206) 269-3493 facsimile
Attorney for Discover Bank, Issuer of the Discover Card